the Plaintiff in the Place of WALDO WESTON, Esq., Its Attorney of Record in the Action Entitled: New York Supreme Court, Hamilton County, H. C. ROBERTS ELECTRIC SUPPLY Co., INC., v. BEECHER WILSON and Others.— Appeals dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

WALTER SCOTT, as Administrator, etc., of HELENE SCOTT, Deceased, Plaintiff, v. DUMP TRUCK SERVICE, INCORPORATED, and HENRY J. SCHARRER, Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EDWARD HODGES, Plaintiff, v. DANIEL HARVEY, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

WILLIAM HODGES, by EDWARD HODGES, His Guardian ad Litem, Plaintiff, v. DANIEL HARVEY, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

KARL A. WAHL, Appellant, v. JOHN P. RUPP, Respondent.— Motion to dismiss appeal granted, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

HENRY H. WALRATH, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Motion to dismiss appeal granted, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CYRUS F. CLARK and Others, Respondents, v. LUCIUS G. LACY and Others, Appellants. (Action No. 1.) — Motion to dismiss appeal granted, unless appellants file and serve printed records and printed briefs by August fifteenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CYRUS F. CLARK and Others, Respondents, v. LUCIUS G. LACY and Others, Appellants. (Action No. 2.) — Motion to dismiss appeal granted, unless appellants file and serve printed records and printed briefs by August fifteenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

RICHLAND BASKET COMPANY, INCORPORATED, and Another, Appellants, v. CYRUS F. CLARK and Others, Respondents. (Action No. 3.) — Motion to dismiss appeal granted, unless appellants file and serve printed records and printed briefs by September tenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CYRUS F. CLARK, Respondent, v. RICHLAND BASKET COMPANY, INCORPORATED, Appellant. (Action No. 4.) — Motion to dismiss appeal granted, unless appellant file and serve printed records and printed briefs by September tenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

PERCY W. HORTON and Others, Appellants, v. NIAGARA, LOCKPORT AND ONTARIO POWER COMPANY, Respondent. (Action No. 1.) — Motion to dismiss appeal granted, unless appellants file and serve printed records by September first, and the printed briefs by October 1, 1929. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

PERCY W. HORTON and Others, Appellants, v. NIAGARA, LOCKPORT AND ONTARIO POWER COMPANY, Respondent. (Action No. 2.) — Motion to dismiss appeal granted, unless appellants file and serve the printed records by September first and the printed briefs by October 1, 1929. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.